

# THE THIRTEENTH COURT OF APPEALS

13-22-00536-CV

Graham Construction Services, Inc. and Travelers Casualty and Surety Company
v.
City of Corpus Christi

On Appeal from the
County Court at Law No. 2 of Nueces County, Texas
Trial Court Cause No. 2016CCV-61112-2

## JUDGMENT

This Court's judgment issued on November 7, 2024, is hereby withdrawn and the following is substituted therefor.

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court AFFIRMED IN PART, and REVERSED and RENDERED IN PART, in accordance with its opinion. Each party shall bear their own costs relating to this appeal.

We further order this decision certified below for observance.

December 30, 2024.